## NICHOLAS BILLY v. STATE.

### No. A-2126.

Appeal from County Court, Stephens County;

J. W. Marshall, Judge

Nicholas Billy was convicted of violating the prohibitory law, and appeals. Affirmed.

Womack & Brown, for plaintiff in error. ·

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, Nicholas Billy, was convicted at the September, 1913, term of the county court of Stephens county on a charge of unlawfully conveying intoxicating liquor from one place in said county to another place therein, and his punishment fixed at a fine of fifty dollars and imprisonment in the county jail for a period of thirty days. A careful examination of the record discloses no error sufficient to justify a reversal. The judgment of the trial court is, therefore, affirmed.